UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA | HARRISONBURG DIVISION

Ousman Mendy,
Plaintiff,

v.

Rubbermaid,
3124 Valley Avenue
Winchester, VA 22601
Defendant.

CLERK'S OFFICE U.S. DISTRICT. COURT
AT HARRISONBURG, VA
FILED

MAR 30 2026

LAURA A. AUSTIN CLERK
BY: _Amy Fansler_
DEPUTY CLERK

Case No.: _5:26 CV00042_

**COMPLAINT FOR EMPLOYMENT DISCRIMINATION**
**JURY TRIAL DEMANDED**

1. My name is Ousman Mendy. I reside in West Virginia. I have been employed by Rubbermaid as an Operations employee since March 14, 2021.

2. I am of a protected national origin.

3. Despite my seniority, I have been paid less than other employees with less experience, including DC associates and a female co-worker, who perform the same work and started after me.

4. Most overtime opportunities have been given to one individual, with overtime not being distributed fairly or according to proper procedure. This has resulted in discriminatory treatment against me.

5. In ~~July~~ 2025, Rubbermaid falsely claimed I accumulated 444 hours of overtime in ~~a single~~ July month. I have paperwork showing this is not true.

6. Between February 24, 2025, and April 2, 2025, I missed only two days of work. During this period, I should have had ~~6.75~~ attendance points. By April 2, 2025, I was wrongfully assessed 8.75 attendance points—more than the company's maximum of 8 points for termination. These extra points were added unlawfully despite evidence of my attendance.

7. I raised concerns with my supervisor and Human Resources about pay differences, overtime allocation, and false attendance points. My concerns were dismissed, even though I provided evidence.

8. I filed a charge of discrimination with the Equal Employment Opportunity Commission (EEOC) and received a Right to Sue letter on December 31, 2025.

9. As a result of Rubbermaid's actions, I have suffered lost wages, emotional distress, and damage to my professional reputation.

**Claims for Relief**
I allege that Rubbermaid's actions constitute discrimination based on national origin under Title VII of the Civil Rights Act of 1964, wage discrimination, and unfair assignment of overtime and discipline.

**WHEREFORE, I respectfully request:**
a. Back pay and compensation for lost wages and overtime
b. Correction of my employment and attendance records
c. An order for fair and non-discriminatory allocation of overtime
d. Reinstatement if I am terminated, or equivalent equitable relief
e. Compensatory and punitive damages as allowed by law
f. An order prohibiting further unlawful discrimination
g. Any additional relief the court deems just and proper
I request a jury trial on all issues so triable.

Respectfully submitted,

Ousman Mendy
3 Altima Court
Inwood, WV 25428
540-640-0514